

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stony Ray Wilson,                          * From the 32nd District Court
                                             of Mitchell County
                                             Trial Court No. 7607.

Vs. No. 11-17-00052-CR                     * March 21, 2019

The State of Texas,                        * Memorandum Opinion by Wright, S.C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Stretcher, J., and Wright, S.C.J., sitting
                                             by assignment)
                                             (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.